UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/26/20
```

MAHFUJUR RAHMAN and LITON SHAH,

Plaintiffs,

v.

RED CHILI INDIAN CAFÉ, INC.,
MOHAMMED MOJNU MIAH a/k/a
SHEIKH MOHAMMED MOJNU, and
NOOR ISLAM, a/k/a MOHAMMED
HARUN MIAH,

Defendants.

17-CV-5156 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons discussed at the conference on February 10, 2020, Plaintiffs' motion for a default judgment against Defendants Mohammed Mojnu Miah and Noor Islam is denied. As to Defendant Red Chili Indian Café, Inc., Plaintiffs' motion for a default judgment is also denied. Defendant Red Chili Indian Café, Inc. will be given one more opportunity to find counsel to represent it in this action, which it must, given that a corporation may not proceed *pro se*. *See Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983). If it does not obtain representation and file a responsive pleading by April 27, 2020, Plaintiffs' motion for default judgment against it will be granted. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 71 and mail a copy of this Order to Defendants Mohammed Mojnu Miah and Noor Islam.

SO ORDERED.

Dated:  February 26, 2020
        New York, New York

Ronnie Abrams
United States District Judge