March 2, 2018

RECEIVED
SDNY PRO SE OFFICE
2020 MAR -2 PM 1:16

Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


RE:   Request for Court to reinstate Joint Answer and Affirmative Defenses
      17-CV-5156 (RA) (BCM)


Dear Judge Moses:

We,[1] the pro se defendants in the above referenced matter respectfully ask the Court to reinstate our Joint Answer and Affirmative Defenses, which the Court ordered stricken on December 5, 2019.

.

                                        Sincerely,

                                        _____
                                        Mohammed Miah
                                        *pro se*

                                        _____
                                        Noor Islam
                                        *pro se*

---

[1] This letter was prepared with assistance for the NYLAG Clinic for Pro Se litigants.