USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHFUJUR RAHMAN, et ano.,

    Plaintiffs,

-against-

RED CHILI INDIAN CAFE, INC., et al.,

    Defendants.

17-CV-5156 (RA) (BCM)

**ORDER CONVERTING APRIL 28, 2020 STATUS CONFERENCE TO TELEPHONIC CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the ongoing national public health emergency, the status and scheduling conference scheduled for **April 28, 2020, at 10:30 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:    7746387

All other provisions of the Court's Order dated February 27, 2020 (Feb. 27 Order) (Dkt. No. 90), remain in effect, **except** that, instead of defendants Miah and Islam bringing the documents listed in paragraph 3 of that Order to Court on April 28, 2020, defendants shall contact counsel for plaintiffs and deliver those documents (by mail or e-mail) to them **prior to the April 28, 2020 conference**. Defendants may contact plaintiffs' counsel at:

    **Sumantra Tito Sinha**
    TakeRoot Justice
    123 William St
    16th Floor
    New York, NY 10038
    646-459-3032
    Email: tsinha@urbanjustice.org

    **Reena Arora**
    Urban Justice Center
    123 William Street, 16th Floor
    New York, NY 10038
    646-459-3020
    Email: rarora@urbanjustice.org

**Mohammed Ahmed Gangat**
Gangat LLC
270-05 79 Avenue
New Hyde Park, NY 11040
(718) 669-0714
Email: mgangat@gangatllc.com

Similarly, plaintiffs' counsel shall provide to defendants, by mail or e-mail, "any tax information request or authorization forms (*e.g.*, IRS Forms 4506, 4506-T, or 8821) or other information request or third-party authorization," Feb. 27 Order at 4, **prior to the April 28, 2020 conference**.

As stated in the February 27, 2020 Order, if any party is unable to attend the telephonic conference on April 28, 2020, that party must promptly write to the Court, proposing dates on which he is available for a status conference. **Any unexcused failure by defendant Miah or defendant Islam to dial in to the conference on April 28, 2020, at 10:30 a.m., may result in severe consequences, including sanctions and/or entry of a default judgment against the absent defendant.**

The Clerk of Court is directed to mail a copy of (1) this Order and (2) the February 27, 2020 Order (Dkt. No. 90), to defendants Miah and Islam.

Dated: New York, New York
March 18, 2020

                                **SO ORDERED.**

                                _____
                                **BARBARA MOSES**
                                **United States Magistrate Judge**