UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHFUJUR RAHMAN and LITON SHAH,<br><br>Plaintiffs,<br><br>v.<br><br>RED CHILI INDIAN CAFÉ INC., MOHAMMED MOJNU MIAH a/k/a SHEIKH MOHAMMED MOJNU, and NOOR ISLAM a/k/a MOHAMMED HARUN MIAH,<br><br>Defendants. | Case No.: 17-cv-5156 (RA)(BCM)<br><br>**NOTICE OF MOTION FOR LEAVE TO WITHDRAW REENA ARORA AS ATTORNEY OF RECORD** |

PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the annexed Declaration of S. Tito Sinha, dated April 28, 2020. Plaintiffs move this Court for leave to withdraw Reena Arora as attorney of record for Plaintiffs. TakeRoot Justice and Gangat LLC will continue representing Plaintiffs.

Dated: New York, New York
         April 28, 2020

                                        Respectfully submitted,

                                        By: */s/ S. Tito Sinha*
                                            S. Tito Sinha

cc:    Mohammed Mojnu Miah
       1251 Leland Ave. #2F
       Bronx, New York 10472
       (via email)

       *Pro se Defendant*

       Noor Islam

1

8 West 118th Street #7B
New York, NY 10026
(via email)

*Pro Se Defendant*