UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
MAHFUJUR RAHMAN and LITON SHAH, : Civil Action No. 17-cv-5156-RA-BCM
:
:
        Plaintiffs, : **CERTIFICATE OF SERVICE**
:
v. :
:
RED CHILI INDIAN CAFÉ., :
MOHAMMED MOJNU MIAH a/k/a :
SHEIKH MOHAMMED MONJU, and :
NOOR ISLAM a/k/a MOHAMMED :
HARUN MIAH, :
        Defendants :
-------------------------------------------------- x

    I hereby certify that on the 4th day of May, 2020, I SERVED a true and correct copy(ies) of the Order, dated April 30, 2020, available at Docket No. 98 in this action, by placing said copy(ies) of the Order in a postage paid envelope with my return-address and sufficient postage and addressed to be sent to the person(s) hereinafter listed, and depositing the same at a United States Postal Service facility. The following lists the person(s)/entity(ies) served:

- Red Chili Indian Café Inc., 1251 Leland Avenue, Apt. 2F, Bronx, NY 10472;

- Mohammed Mojnu Miah, 1251 Leland Avenue, Apt. 2F, Bronx, NY 10472; and

- Noor Islam, 8 West 118th Street, Apt. 7B, New York, NY 10026.


Dated: May 4, 2020

                                        /s *Mohammed Gangat*
                                        Mohammed Gangat, Esq.
                                        27005 79th Avenue
                                        New Hyde Park, NY 11040
                                        mgangat@gangatllc.com