```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHFUJUR RAHMAN, et ano.,

        Plaintiffs,

-against-

RED CHILI INDIAN CAFE, INC., et al.,

        Defendants.

17-CV-5156 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed a hand-written letter from defendant Miah attaching tax documents that, according to Miah, demonstrate his compliance with ¶ 3 of this Court's February 27, 2020 order (Dkt. No. 90; *see also* Dkt. No. 97 ¶ 2). The Court reminds defendant Miah that discovery responses need not and should not be submitted to the Court for filing, unless they are needed for resolution of a discovery dispute. Instead, discovery responses should be sent directly to the opposing party's counsel. Due to the sensitive nature of the tax documents submitted to the Court, they will be filed under electronic seal. The parties are advised that there may be a delay in docketing due to personnel restrictions caused by the COVID-19 pandemic.

    The Clerk of Court is respectfully directed to mail a copy of this Order to defendant Miah *pro se*.

Dated: New York, New York
       May 29, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**