USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/31/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHFUJUR RAHMAN AND LITON SHAH,

                Plaintiffs,

v.

RED CHILI INDIAN CAFE, INC., MOHAMMED MOJNU MIAH A/K/A SHEIKH MOHAMMED MOJNU, AND NOOR ISLAM A/K/A MOHAMMED HARUN MIAH,

                Defendants.

No. 17-CV-5156 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Local Civil Rule 55.2(c) provides that, "[u]nless otherwise ordered by the Court," papers submitted in connection with an application for default judgment "shall simultaneously be mailed to the party against whom a default judgment is sought at the last known residence of such party (if an individual) or the last known business address of such party (if a person other than an individual). Proof of such mailing shall be filed with the Court. If the mailing is returned, a supplemental affidavit shall be filed with the Court setting forth that fact, together with the reason provided for return, if any."

    It appears that Plaintiffs' default judgment papers were served on Defendants via email but have not been mailed. *See* Dkt. 134. Accordingly, within two weeks of the date of this order, Plaintiffs shall mail copies of their default judgment papers, *see* Dkts. 135–138, along with a copy of this order, to Defendants' last known addresses, and file proof of such mailings on the docket.

The Court will not hold a conference and will instead resolve this matter on the papers. Notwithstanding that the remaining defendants' answer has been stricken, *see* Dkt. 124, Defendants may file any answering papers to Plaintiffs' default judgment motion no later than May 10, 2021, should they have a good-faith legal basis to assert that Plaintiffs are not entitled to default judgment.

SO ORDERED.

Dated:   March 31, 2021
        New York, New York

_____
Ronnie Abrams
United States District Judge