UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHFUJUR RAHMAN and LITON SHAH,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>RED CHILI INDIAN CAFÉ INC., MOHAMMED MOJNU MIAH a/k/a SHEIKH MOHAMMED MOJNU, and NOOR ISLAM a/k/a MOHAMMED HARUN MIAH,<br><br>　　　　　　　Defendants. | Case No.: 17-cv-5156 (RA)(BCM) |

**CERTIFICATE OF SERVICE**

I, S. Tito Sinha, certify that I am over 18 years of age, am not a party in the above-captioned case. reside in the County of Queens, New York, and that the foregoing facts are true:

Pursuant to the Court's Scheduling Order for Damages Inquest dated May 20, 2021 (Doc. 143), on July 20, 2021, I provided service of the following documents: 1) Plaintiffs' Proposed Findings of Fact and Conclusions of Law dated July 20, 2021 with Exhibit 1 (Rahman Damages Spreadsheet) and Exhibit 2 (Shah Damages Spreadsheet); 2) Declaration of Mahfujur Rahman; 3) Declaration of Liton Shah; 4) Affidavit of Mohammed Gangat dated March 10, 2021 with Exhibit A (Contemporaneous Time Records of Mohammed Gangat); and 5) Scheduling Order for Damages Inquest dated May 20, 2021 (Doc. 143) to the individual Defendants, Mohammed Mojnu Miah and Noor Islam, and to the corporate Defendant, Red Chili Indian Café, Inc. via United States Postal Service Priority Mail at the following addresses:

　　Mohammed Mojnu Miah
　　1251 Leland Ave. Apt. 2F

Bronx, New York 10472
*Pro se Defendant*

Noor Islam
8 West 118th Street, Apt. 7B
New York, NY 10026
*Pro Se Defendant.*

Red Chili Indian Café, Inc.
c/o Mohammed Mojnu Miah
1251 Leland Ave. Apt. 2F
Bronx, New York 10472
*Defendant*

Dated:  Queens, New York
         July 20, 2021

                                         Respectfully submitted,

                                         By: */s/ S. Tito Sinha*
                                                 S. Tito Sinha