

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHFUJUR RAHMAN, et al.,

              Plaintiffs,

-against-

RED CHILI INDIAN CAFÉ, INC., et al.

              Defendants.

17-CV-5156 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On May 20, 2021, the Court entered a Scheduling Order for Damages Inquest (Dkt. No. 143) which, among other things, directed plaintiffs to file their proposed findings of fact and conclusions of law on July 20, 2021, and gave defaulted defendants Miah and Islam a deadline of August 20, 2021, to file any responses. Plaintiffs timely filed their proposed findings of fact and conclusions of law on July 20, 2021. (Dkt. No. 144.) On August 20, 2021, the defaulted defendants each filed a document entitled Notice of Appeal (Dkt. Nos. 150, 151) (docketed as letters), indicating that they were attempting to appeal from an order entered on July 20, 2021. There was no order entered on July 20, 2021. Moreover, the Scheduling Order entered on May 20, 2021 is non-appealable.

    In light of the defaulted defendants' *pro se* status, the Court, *sua sponte*, EXTENDS their time to respond to plaintiffs' proposed findings of fact and conclusions of law until **September 20, 2021**. Any response should be clearly labelled as such, should fairly meet the substance of plaintiff's July 20 filing, and – to the extent the defaulted defendants disagree with the factual assertions made by plaintiffs – should be supported by admissible evidence, such as affidavits or declarations of persons with personal knowledge of the relevant facts, or properly authenticated documents evidencing the plaintiffs' working hours and pay.

    The Clerk of Court is respectfully directed to mail a copy of this order to defendants Mohammed Mojnu Miah and Noor Islam.

Dated: New York, New York
       August 27, 2021

                        **SO ORDERED**.

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**