UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHFUJUR RAHMAN, et al.,

        Plaintiffs,

-against-

RED CHILI INDIAN CAFÉ, INC., et al,

        Defendants.

17-CV-5156 (RA) (BCM)

**ORDER SCHEDULING EVIDENTIARY HEARING**

**BARBARA MOSES, United States Magistrate Judge.**

    This action was referred to the undersigned Magistrate Judge to conduct an inquest and issue a report and recommendation concerning plaintiffs' damages with respect to defendants Noor Islam, Mohammed Mojnu Miah, and Red Chili Indian Café, Inc., who are in default. (*See* Dkts. 128, 141, 142.) On July 20, 2021, plaintiffs Mahfujar Rahman and Liton Shah submitted their Proposed Findings of Fact and Conclusions of Law (Prop. Findings) (Dkt. No. 144), asking the Court to enter judgment against defendants in the amount of $58,768.86 for Rahman's claims and $90,829.71 for Shah's claims, plus prejudgment interest and reasonable attorney fees. Prop. Findings ¶¶ 49-52.

    The Court has reviewed plaintiffs' Proposed Findings and finds that an evidentiary hearing is warranted to assist the Court's inquest. The evidentiary hearing will take place on **May 21, 2024, at 2:00 p.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007. **All plaintiffs and their counsel must appear in person.** Plaintiffs shall be prepared to testify concerning the factual basis for their damages request. Plaintiffs' counsel shall be prepared to discuss the legal bases for that request.

    Plaintiffs are directed to promptly serve all defendants with a copy of this Order at their last known address, and to file proof of such service.

Dated: New York, New York
       April 3, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**