```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/17/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHFUJUR RAHMAN, et al.,

           Plaintiffs,

-against-

RED CHILI INDIAN CAFÉ, INC., et al,

           Defendants.

17-CV-5156 (RA) (BCM)

**ORDER RESCHEDULING EVIDENTIARY HEARING**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received plaintiffs' letter motion (Dkt. 154) seeking an adjournment of the upcoming evidentiary hearing, and seeking leave for plaintiffs to testify remotely. Plaintiffs' motion is hereby GRANTED. The evidentiary hearing previously scheduled for May 21, 2024, at 2:00 p.m., is RESCHEDULED to **May 8, 2024, at 1:00 p.m. in Courtroom 14C, 500 Pearl Street, New York, NY 10007. Counsel must appear in person, but plaintiffs are permitted to attend via video.** The Court will make videoconference arrangements with plaintiffs via email.

    Plaintiffs are directed to promptly serve all defendants with a copy of this Order at their last known address, and to file proof of such service. Additionally, plaintiffs are directed to make reasonable efforts to confirm, by phone and/or email, that defendants are aware of the date, time, and location of the evidentiary hearing.

    The Clerk of Court is respectfully directed to close the motion at Dkt. 154.

Dated: New York, New York
       April 17, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**