**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MAHFUJUR RAHMAN AND LITON SHAH,

                      Plaintiff,                      17 **CIVIL** 5156 (RA)

        -against-                      **JUDGMENT**

RED CHILI INDIAN CAFE, INC.,
MOHAMMED MOJNU MIAH A/K/A
SHEIKH MOHAMMED MOJNU, AND NOOR
ISLAM A/K/A MOHAMMED HARUN MIAH,

                    Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2025, Plaintiff Rahman is awarded $38,880 and pre-judgment interest in the amount of $4.65 per day from April 7, 2016, until the date judgment is entered, amounting to $15,252 ($4.65 x 3,280 days). Plaintiff Shah is awarded $66,472.50, plus pre-judgment interest in the amount of $8.19 per day from October 30, 2015 until the date judgment is entered, amounting to $28,173.60 ($8.19 x 3,440 days). Plaintiffs are also awarded reasonable attorneys' fees in the amount of $20,895. In total, Plaintiffs are awarded against Defendants, jointly and severally, $126,247.50 in damages and fees, plus $43,425.60 in pre-judgment interest, amounting to $169,673.10. The Court has also vacated its entry of default as to Plaintiffs' claims for statutory damages under the WTPA. Finally, the parties' failure to file any written objections within the allotted period, in light of Judge Moses's warning that such failure to do so would preclude appellate review, "operates as a waiver" and precludes appellate review of this decision. *Kashelkar v. Vill. of Spring Valley*, 320 F. App'x 53, 54 (2d Cir. 2009)

(summary order) (citing *DeLeon v. Strack*, 234 F.3d 84, 86 (2d Cir. 2000)); *see also* ECF No. 166, at 26.

**Dated:** New York, New York
March 31, 2025

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**